**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**VICTOR ANTONIO MELENDEZ AYALA**   Case No.  **11-07785-BKT**

Chapter 13   Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO**

| | |
|---|---|
| **I. Appearances** | **Date & Time:**   10/18/2011  10:25:00AM |
| Debtor            [X] Present       [ ] Absent | [X] R       [ ] NR    LV:  tbd |
| Joint Debtor      [ ] Present       [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor  [X] Present    [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [X] Substitute   M. Vega | None |
| **II. Oath Administered**            [X] Yes           [ ] No | |

**III. Plan**

Date:   09/13/2011        Base:     $10,500.00    Payments 1 made out of  1 due.

**Confirmation Hearing Date:**      11/18/2011   2:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

$3,000.00   -   $146.00    =   $2,854.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**VICTOR ANTONIO MELENDEZ AYALA**  Case No.  **11-07785-BKT**

Chapter 13    Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  |    [ ] State - years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
|  |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Debtor will provide copy of sales deed upon real property at Urb. Santa Maria, Ceiba dated 1999. Said property debtor's but now is owned by his son; debtor pays rent to his son.  Will also provide title study to verify ownership.

**s/Rosamar García**                                               Date:    10/18/2011

**Trustee/Presiding Officer**                                                                 (Rev. 02/11)